# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Enrique Enriquez-Guerra

**Petitioner,**

**V.**

See Attachment

**Respondent.**

**Civil Action No.** 26-cv-04510-BAS-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court ORDERS that Enrique Enriquez-Guerra (A# 240-565-644) be released on the same terms and conditions on which he was previously released in 2022.

**Date:** 9/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M.Williams
M.Williams, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-04510-BAS-JLB

Respondent (s): Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, Acting Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher LaRose, Warden at Otay Mesa Detention Center